[No. 55787-4-I.   Division One.   May 1, 2006.]

EMILIE JOHNSON, *Petitioner,* v. THE DEPARTMENT OF HEALTH, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-32065-8, James D. Cayce, J., entered January 28, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler, A.C.J., and Ellington, J. Now published at 133 Wn. App. 403.

[No. 54084-0-I.   Division One.   May 1, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD EVELYN NOVAK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-06419-8, Gregory P. Canova, J., entered March 14, 2004 and June 27, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, C.J., and Coleman, J.

[No. 54523-0-I.   Division One.   May 1, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLAN WESLEY PARMELEE ET AL., *Defendants,* RICK DANIEL KELLY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-07184-4, Julie Spector, J., entered July 13, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Agid and Cox, JJ.

[Nos. 54943-0-I; 54944-8-I.   Division One.   May 1, 2006.]

KELLY PARK ET AL., *Respondents,* v. NORTHWEST HOSPITAL ET AL., *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 02-2-08218-1, Sharon S. Armstrong, J., entered August 2 and 20, 2004. *Reversed* by unpublished opinion per Appelwick, C.J., concurred in by Coleman and Grosse, JJ.